IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAYTON J. HENDERSON                                                                          PLAINTIFF

v.                                        Case No. 4:20-cv-04016

ANDREW SAUL,
Commissioner, Social Security Administration                                          DEFENDANT

## JUDGMENT

Before the Court for consideration is the Report and Recommendation dated September 30, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of November, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge